FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN MICHAEL RAY DURHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR TREE INC, and SHANEA DURAN,<br><br>    Defendants. | No. 2:25-CV-00110-SAB<br><br>**ORDER DISMISSING COMPLAINT** |

    On April 7, 2025, Plaintiff filed a Complaint alleging Fair Labor Standards Act claims. ECF No. 1. On August 8, 2025, Plaintiff filed "Supplemental Pleading and Amendment to Complaint for Violations of Civil Rights, Racketeering, and Fraud. ECF No. 7. He also named Liberty Park Terrace Management as a Defendant.[1] Plaintiff is representing himself in this matter and is proceeding *in forma pauperis*. It does not appear that Defendants have been served.

    Plaintiff alleges Defendant Dollar Tree, Inc. failed to pay mandated minimum wage for all hours work and failed to maintain accurate records of hours worked and wages paid. He asserts such violations were willful. Although not clear, it appears that Plaintiff is alleged that Defendant Dollar Tree provided

---

[1] Plaintiff sued Liberty Park Terrance Management in a separate case that was dismissed with prejudice on April 7, 2025, *See Durham v. Liberty Park Terrace Property Management, et al.*, 2:25-CV-00043-SAB.

**ORDER DISMISSING COMPLAINT** ~ 1

inflated wages to HUD subsidized-housing program and state employment verification, and because of this, he is entitled to payment for the additional 50.6 hours of work that were reported.

According to Plaintiff, Dollar Tree reported to HUD that he worked 80-hours a month, but for the months of August through December, 2024, he actually worked as follows: August: 50.7 hours; September 77.1 hours; October: 54.9 hours; November: 72.0 hours; and December 91.7 hours. It appears he wants to be paid as if he worked 80 hours a month as reported, even though he did not work those hours.

Plaintiff has failed to state a claim under the Fair Labor Standards Act. In order to establish a failure to pay minimum wages in violation of the FLSA, an employee must show that in a given work week, the total amount paid divided by the hours worked is below the minimum wage set by the statute. The FLSA sets the national minimum wage, and it was set at $7.25 for the time period in question. 29 U.S.C. § 206(a)(1); *Probert v. Family Centered Servs. Of Alaska, Inc.*, 651 F.3d 1007, 1009 (9th Cir. 2-11). Plaintiff has not alleged any facts to show he was not paid the minimum wage for the hours worked as necessary to state a claim for failure to pay minimum wages under the FLSA.

Plaintiff filed a supplement to his claim asserting claims under 42 U.S.C. § 1983, and 18 U.S.C. § 1962(c) (RICO). Filing supplemental claims in a separate filing is not proper. Rather, an Amended Complaint must be filed. Moreover, Section 1983 only applies to state actors, and Plaintiff has not alleged sufficient facts to establish that Dollar Tree and Shanea Duran are state actors.  Additionally, Plaintiff has not alleged sufficient facts to state a RICO violation against Defendants.

To the extent Plaintiff is alleging state law claims against Defendants, the Court declines to exercise supplemental jurisdiction over these claims. *See United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966) (cautioning federal courts

**ORDER DISMISSING COMPLAINT** ~ 2

on exercising jurisdiction over state law claims if federal claims are dismissed).

Finally, it is clear that any amendment to Plaintiff's Complaint would be futile, given that based on the facts alleged in Plaintiff's Complaint regarding the hours he worked, Plaintiff cannot show that Defendants violated the Fair Labors Standard Act and his § 1983 and RICO claims are frivolous.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 20th day of January 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING COMPLAINT ~ 3**